```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

**CIVIL ACTION NO. 1:11cv0659 (WOB-JGW)**

LONNIE WEBSTER                                              PETITIONER

VS.                              <u>ORDER</u>

WARDEN, Warrant Correctional
Instituion                                                  RESPONDENT

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #22), and there being no objections filed thereto, the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be **dismissed with prejudice** as time-barred; that **no** Certificate of Appealability shall be issued herein; that with respect to any application by petitioner to proceed on appeal *in forma pauperis* the Court certifies that any appeal would not be taken in "good faith," pursuant to 28 U.S.C. Section 1915(a)(3). A separate Judgment shall enter concurrently herewith.

This 11th day of July, 2012.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge